# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MIRATEL G. CAPITAINE,**
*pro se*,

    *Plaintiff*,

v.                                CASE NO.: 4:19cv98-MW/CAS

**ASHLEY B. MOODY, et al.,**

    *Defendants*.

_____/

## ORDER ON REPORT AND RECOMMENDATION

Following the Report and Recommendation of the United States Magistrate Judge in this matter that the case be dismissed for failure to prosecute, ECF No. 12, Plaintiff has cured that failure. *See* ECF No. 14. Accordingly,

**IT IS ORDERED:**

1. Plaintiff's Motion for Leave to File Amended Complaint, ECF No. 14, is **GRANTED**.

2. This Court **DECLINES TO ADOPT** the Report and Recommendation, ECF No. 12. This matter is hereby **REMANDED** to the United States Magistrate

1

Judge for further proceedings.

**SO ORDERED on October 21, 2019.**

s/Mark E. Walker          
**Chief United States District Judge**
