# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**MIRATEL CAPITAINE,**

    *Plaintiff,*

v.                                                     **CASE NO.: 4:19cv98-MW/MAF**

**OFFICER THOMAS VINCELETTE, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 29. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, as this Court's opinion. This case shall be transferred to the United States District Court for the Middle District of Florida, Orlando Division. The Clerk shall take all steps necessary to effect the transfer and close the file.

**SO ORDERED on October 14, 2020.**

                                                         **s/Mark E. Walker**         
                                                         **Chief United States District Judge**